John M. Kreutzer, OSB #973069
jkreutzer@smithfreed.com
SMITH FREED & EBERHARD P.C.
111 SW Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: 503-227-2424
Facsimile: 503-227-2535

Of Attorneys for DariTech

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DARITECH, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDY WARD, an individual<br><br>Defendant. | Civil No.: 3:11-CV-00570 BR<br><br>**LIMITED JUDGMENT FOR PERMANENT INJUNCTION** |

Based on the stipulation of Plaintiff DariTech, Inc. and Defendant Andy Ward,

IT IS HEREBY ADJUDGED that DariTech, Inc. ("DariTech") shall have a Limited

Judgment for Permanent Injunction against Defendant Ward ("Ward") as follows:

Until September 25, 2012, Ward shall not, within the states of Oregon and Washington, directly or indirectly compete in any manner against DariTech, nor shall he assist any person or entity in competing against Daritech.

Further, until September 25, 2012, Ward shall not, regardless of his location, solicit, sell, or contact, with a view toward selling any product or service sold by DariTech, any person, firm, corporation, customer, or other entity located in the states of Oregon, Washington or Montana from whom he solicited any order from or to whom he sold any product or services as an employee of DariTech, or with whom he

Page 1 - LIMITED JUDGMENT FOR PERMANENT INJUNCTION                           1034E1

otherwise dealt with on behalf of the DariTech. Provided, however, that within the State of Montana this limitation is narrowed to prohibit Ward from soliciting or performing any work/services for any of the Hutterite Colonies listed on the attached Exhibit 1 (the "No Contact List"), related to manure-related products or services. The Montana restrictions do not apply to Ward's work for Standley & Company that relate to dairy-related products and services only, nor does it prohibit Standley & Company from soliciting customers on the No Contact List, provided that such solicitations do not include, relate to, or involve Ward or involve use of DariTech proprietary information or trade secrets provided by Ward. Should Ward receive an unsolicited contact regarding manure-related products or services from a person or entity within the No Contact List, Ward shall refer that person/entity to Kurt Standley and provide his contact information.

Ward represents that he does not possess and shall be prohibited from using or disclosing the following DariTech confidential and proprietary documents and information: business plans; sales and marketing strategies; accounting, financial, cost and pricing information; product specifications; customer equipment specifications, requests for proposal and bids; personnel information; and/or trade secret information as defined by ORS 646.461.

The U.S. District Court of Oregon, Portland Division, shall retain jurisdiction over any action to enforce the terms of this Permanent Injunction

IT IS SO ORDERED this 23rd day of June, 2011.

_____
Honorable Ann Brown
US District Court, Oregon


IT IS SO STIPULATED:


/ s / John M. Kreutzer                               / s / Bruno Jagelski

_____     _____
John M. Kreutzer, OSB # 973069          Bruno Jagelski, OSB # 903049
Smith Freed & Eberhard P.C.             Yturri Rose LLP
Of Attorneys for Plaintiff DariTech     Of Attorneys for Defendant Ward

Page 2 - LIMITED JUDGMENT FOR PERMANENT INJUNCTION                    1034E1

SMITH FREED & EBERHARD, P.C.
111 S.W. Fifth Avenue, 43rd Floor
Portland, Oregon 97204
Telephone (503) 227-2424
Facsimile (503) 227-2535

## NO CONTACT LIST

The following Hutterite Colonies:

| | |
|---|---|
| Big Sky | Martinsdale |
| Big Stone | Midway |
| Birch Creek | Milford |
| Camrose | Miller |
| Cascade | Mountain View |
| Deerfield | New Miami |
| Duncan Ranch | New Rockport |
| Eagle Creek | Pleasant valley |
| Elk Creek | Pondera |
| East End | Rimrock |
| Fairhaven | Riverview |
| Glacier | Rockport |
| Glendale | Sage Creek |
| Golden Valley | Seville |
| Hartland | Spring Creek |
| Hidden Lake | Springdale |
| Hillcrest | Springwater |
| Hilldale | Sunny Brook |
| Hillside | Surprise Creek |
| Horizon | Twin Hills |
| Kings Ranch | Zenith |
| Kingsbury | |

EXHIBIT 1
PAGE 1 OF 1